IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDHIR K. SINGH,

      Petitioner,                  No. CIV S-04-2120 DFL JFM P

   vs.

A.P. KANE, Warden, et al.,

      Respondents.            <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file and serve objections to the October 24, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's November 1, 2006 motion for an extension of time is granted; and

      2. Petitioner shall file and serve objections to the October 24, 2006 findings and recommendations on or before December 2, 2006.

DATED: November 13, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

/mp; 001; sing2120.111