IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDHIR K. SINGH,

    Petitioner,        No. CIV S-04-2120 DFL JFM P

    vs.

A.P. KANE, Warden, et al.,

    Respondents.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 17, 2006, petitioner filed timely objections to this court's October 24, 2006 findings and recommendations. However, petitioner failed to sign the objections. It also appears some of the pages may have not been included as his objections end abruptly at page 8 after only three paragraphs of subsection (A). Accordingly, the court will grant petitioner an additional period of time to provide a signed copy of his complete objections. IT IS HEREBY ORDERED that, on or before December 29, 2006, petitioner shall file and serve a complete set of objections to the findings and recommendations.

DATED: December 14, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; sing2120.111b